FILED

2011 DEC 19 PM 4:04

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

BY_____

| | § |
|---|---|
| Jerrie Wilson, | § |
| | § |
| Plaintiff, | § Civil Action No.: 1:11-cv-00390-SS |
| | § |
| v. | § |
| | § |
| Monarch Recovery Management, Inc., | § |
| | § |
| Defendant. | § |

## ORDER ON STIPULATION TO DISMISS

On _December 19_, 2011, the Court considered the parties' stipulation to dismiss. After considering the stipulation, the court:

GRANTS the stipulation and dismisses the case without prejudice.

SIGNED on _Dec. 19_, 2011.

_____
Hon. Sam Sparks

APPROVED & ENTRY REQUESTED:

*[signature: Diana Pawan Larson]*

Diana P. Larson
Texas Bar No. 24007799
Erik V. Larson
Texas Bar No. 00791076
The Larson Law Office, PLLC
440 Louisiana, Suite 900
Houston, Texas 77002
Telephone: (713) 221-9088
Facsimile: (832) 415-9762
Email: diana@thelarsonlawoffice.com
Email: erik@thelarsonlawoffice.com
Counsel for Plaintiff

*[signature: William T. Little]*

William T. Little
Handlin & Associates
2777 Allen Pkwy - Ste 370
Houston, TX 77019
(713) 623-8800
Email: william.little@chartisinsurance.com
Attorney for Defendant